ACCEPTED
03-14-00676-CR
4954555
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/20/2015 2:30:06 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00676-CR

**IN THE COURT OF APPEALS
FOR THE
THIRD SUPREME JUDICIAL DISTRICT
AT AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

4/20/2015 2:30:06 PM

JEFFREY D. KYLE
Clerk

**ANGELITA RODRIGUEZ PACHECO,**
**Appellant**

**vs.**

**THE STATE OF TEXAS,**
**Appellee**

**Appeal from the 424th Judicial District Court
Cause No. 41988
Burnet County, Texas
The Honorable Dan Mills, Judge Presiding**

## APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME

**Gary E. Prust
State Bar No. 24056166
1607 Nueces Street
Austin, Texas 78701
(512) 469-0092
Fax: (512) 469-9102
gary@prustlaw.com**

**ATTORNEY FOR APPELLANT**

**ORAL ARGUMENT IS NOT REQUESTED**

## APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Appellant, Angelita Rodriguez Pacheco, file this, her "Second Motion for Extension of Time to File Brief," and in support thereof shows as follows.

### I.

1.  Appellant's Motion is brought pursuant to TEX.R.APP.P 10.5(b).

2.  Appellant has once requested previously an extension of time within which to file her brief.

3.  Appellant's brief is due on April 20, 2015.

4.  Appellant's attorney had a very busy trial and appellate schedule during the months of March and April 2015. Appellant's attorney authored and filed two briefs in two unrelated appellate causes in the month of April 2015, and he has had numerous trial settings and evidentiary hearings.

5.  In order to address the issues raised in the present appeal thoroughly, Appellant's attorney will require more time to complete his brief. Appellant's attorney will require until June 19, 2015 to complete his brief.

6.  Accordingly, Appellants request that this Court allow him until June 19, 2015 to file his brief.

Respectfully submitted,

/s/ Gary E. Prust


Gary E. Prust
SBN 24056166
1607 Nueces Street
Austin, Texas 78701
(512) 469-0092
Fax: (512) 469-9102
gary@prustlaw.com
Attorney for Appellant


## CERTIFICATE OF SERVICE

In compliance with Rule 9.5(d) of the Texas Rules of Appellate Procedure, the undersigned attorney certifies that a true and correct copy of the foregoing Motion was served upon Mr. R. Blake Ewing with the 33rd and 424th Judicial District Attorney's Office via electronic transmission to his email address at asstda2@burnetcountytexas.org in accordance Rule 9.5(b) of the Texas Rules of Appellate Procedure on this the 18th day of February, 2015.

/s/ Gary E. Prust

Gary E. Prust


## CERTIFICATE OF COMPLIANCE

Pursuant to TEX. R. APP. PROC. 9.4(i)(3), I hereby certify this motion contains 167 words. This is a computer-generated document created in Microsoft Word, using 14-point typeface. In making this this certificate, I rely on the word count provided by the software use to prepare the document.

/s/ Gary E Prust

Gary E. Prust